# Court of Appeals
## Tenth Appellate District of Texas

10-25-00325-CV

In the Interest of L.J.B., a Child

On appeal from the
County Court at Law of Bosque County, Texas
Judge Luke Giesecke, presiding
Trial Court Cause No. CV24-077

JUSTICE SMITH delivered the opinion of the Court.

**MEMORANDUM OPINION**

Following a jury trial, the trial court rendered an order terminating Mother's parental rights to L.J.B. pursuant to sections 161.001(b)(1)(D), (b)(1)(E), (b)(1)(N), and (b)(1)(P) of the Family Code, and finding that termination was in the child's best interest.[1]  *See* TEX. FAM. CODE ANN. §§ 161.001(b)(1)(D), (b)(1)(E), (b)(1)(N), (b)(1)(P), (b)(2).  Mother timely appealed from the termination order.  Mother's attorney has now filed an *Anders* brief asserting that she diligently reviewed the appellate record and that the appeal is frivolous.  *See generally Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967); *In re A.S.*, 653 S.W.3d 298 (Tex. App.—

---

[1] L.J.B.'s father voluntarily relinquished his parental rights prior to trial.  He does not appeal.

Waco 2022, no pet.). Though we notified Mother of her right to file a *pro se* response, Mother has failed to do so.

Counsel's brief evidences a professional evaluation of the record demonstrating why there exists no reversible error in the trial court's termination order, and we conclude that counsel performed the duties required of appointed counsel upon filing an *Anders* brief. *See Anders*, 386 U.S. at 744; *In re A.S.*, 653 S.W.3d at 299-300; *see also In re Schulman*, 252 S.W.3d 403, 406-08 (Tex. Crim. App. 2008).

As the reviewing appellate court, it is our duty upon receiving an *Anders* brief to independently examine the record to determine whether the appeal is frivolous. *See Penson v. Ohio*, 488 U.S. 75, 80 (1988). Arguments are frivolous when they "cannot conceivably persuade the court." *McCoy v. Court of Appeals*, 486 U.S. 429, 436 (1988). We have reviewed the entire record and counsel's brief, and we have determined that the appeal is frivolous. Accordingly, we affirm the judgment of the trial court.

## Conclusion

Having found that Mother's appeal is frivolous, we affirm the judgment of the trial court.

_____
STEVE SMITH

Justice

OPINION DELIVERED and FILED:  January 8, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Affirmed
CV06

